**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JAMES BOLAND, *et al*.,

Plaintiffs,

v.

ACE MASONRY, INC., *et al*.,

Defendants,

Case No. 12 cv 01375 (TSC) (AK)

**ATTORNEY AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES AND COSTS**

ROBERT L. BOREANAZ, ESQ., being duly sworn, deposes and says:

1. I am senior partner in the firm Lipsitz Green Scime Cambria LLP, counsel to Plaintiffs, located at 42 Delaware Avenue, Suite 120, Buffalo, New York 14202. I am an attorney admitted to practice before all Courts of the State of New York since January 11, 1990. I was admitted to practice in the United States District Court for the Western District of New York on June 18, 1990. On February 25, 2015 I was admitted *pro hac vice* to practice before this Court, the United States District Court for the District of Columbia for the above captioned case.

2. I am fully conversant with the facts stated herein unless otherwise qualified.

3. I make this Affidavit in support of Plaintiffs' Motion for Award of Attorney's Fees and Cost of Litigation pursuant to the Court's Order dated July 3, 2019 requesting, *inter alia*, a briefing on attorney's fees. (Docket 71).

4. As a senior partner at Lipsitz Green Scime Cambria LLP I am familiar with the legal work performed in this case, the firm's billing procedures, and the legal bills issued for work performed for Plaintiffs' in this case.

## PROCEDURAL BACKGROUND

5. The above referenced action was commenced on August 21, 2012 by the fiduciaries of the Bricklayers & Trowel Trades International Pension Fund ("IPF" or "Fund") and the fiduciaries of the International Masonry Institute ("IMI") (the "Plaintiffs") to remedy the Defendants' violations of the Employee Retirement Income Security Act of 1974, as amended.

6. On August 7, 2015 Plaintiffs' moved for summary judgment. (Dockets 19-27).

7. On September 25, 2015, Defendants filed their response Plaintiffs' Motion for summary Judgment. (Dockets 29-43).

8. On October 7, 2015 Plaintiffs' filed their Reply to Defendants' Response to Plaintiffs Motion for Summary Judgment. (Docket 45).

9. On March 29, 2016 the Court stayed the decision of the Plaintiffs' Summary Judgment Motion in light of the fact that the National Labor Relations Board had not yet determined whether to adopt or reject Administrative Law Judge's Decision and Recommended Order dated November 25, 2014 regarding the issue of personal liability. (See, Minute Order Staying Case dated March 29, 2016)

10. On July 14, 2016 Magistrate Judge Kay entered his Report and Recommendation that the Plaintiffs' motion be granted in part and deferred in part with respect to damages. (Docket 51).

11. On May 23, 2017 the Court adopted Magistrate Kay's Report and Recommendation in full. (Docket54).

12. The Court found that "Defendants Ace and Bella are jointly and severally liable for delinquent contributions and all other damages awarded under the terms of the CBA and ERISA, that the corporate veil should be pierced, and that Defendants Lisa, Bob, and Henry Bellavigna

should be personally jointly and severally liable for all damages assessed against Ace and Bella." (Document 54 at p4).

**EXPERIENCE AND REPUTATION OF LIPSITZ GREEN SCIME CAMBRIA LLP**

13. Lipsitz Green Scime Cambria LLP is a mid-sized Buffalo, New York law firm with over 40 attorneys.

14. The Lipsitz Green Scime Cambria LLP Employee Benefits Practice Area offers a full range of legal services covering issues and disputes arising under ERISA, HIPPA, COBRA, the tax code, and other related matters. Further, we provide advice and support in plan design, taxation, multiemployer plans, fiduciary responsibility, fund administration, health care, executive compensation, and more.

15. The Firm has a longstanding and well respected reputation in the community representing pension funds and their participants in pension benefits matters as well as other ERISA related matters for over 40 years.

a. The Firm has been named to U.S. News & World Report/Best Lawyers' "Best Law Firms" for Employee Benefits (ERISA) Law, the firm is widely acclaimed for being a leader in its field.

b. Twenty attorneys from Lipsitz Green Scime Cambria have been named The Best Lawyers in America across several areas of practice, including Employment Law – Individuals, Labor Law – Union, Litigation – Labor and Employment, and Employee Benefits (ERISA) Law.

c. Twenty-two attorneys from Lipsitz Green Scime Cambria have been named to New York Super Lawyers, Upstate Edition for several practice areas, including Employment and Labor.

d. Several Lipsitz Green Scime Cambria attorneys received AV Peer Review Rating to signify highest recognition in legal ability and professional ethics.

**SKILLS AND EXPERIENCE OF INDIVIDUAL ATTORNEYS AND PARALEGAL**

16. I practice, inter alia, in the areas of Labor and Employment and Employee Benefits law.

a. I have twenty nine (29) years of ERISA litigation experience.

b. I am an experienced ERISA litigator having participated in litigating 42 different ERISA related matters over the past several years.

c. I have litigated those ERISA matters before each and every judge in the Western District of New York as well as other judges outside of the Western District of New York.

17. In addition to myself, the following attorneys and paralegal have performed work on behalf of Plaintiffs in this matter.

18. Mark Stulmaker, Esq. is a senior partner in the firm of Lipsitz Green Scime Cambria LLP. Attorney Stulmaker was admitted to practice before all Courts of the State of New York since February 19, 1982 and has thirty seven (37) years of experience in ERISA matters.

a. Mark L. Stulmaker has practiced in the areas of Employee Benefits and Tax law for over 30 years. He is widely known through the legal community as an outstanding ERISA practitioner.

b. In the present case, Attorney Stulmaker assisted in a limited capacity to provide counsel on joint check agreements and the calculation of damages.

19. John A. Collins, Esq. is a senior partner in the firm of Lipsitz Green Scime Cambria LLP. Attorney Collins was admitted to practice before all Courts of the State of New York since February 15, 1983 and has thirty six (36) years of experience in all aspects of federal litigation and appeals.

a. John A. Collins, Esq. specializes in Civil Appellate and Motion Practice. He has argued appeals before the New York Court of Appeals, all four Departments of the Appellate Division of the New York State Supreme Court, and the United States Court of Appeals for the Second and Third Circuits.

b. In the present case, Attorney Collins assisted in researching and preparing papers related to the appeal in 2017.

20. Richard D. Furlong, Esq. was a senior partner in the firm of Lipsitz Green Scime LLP prior to his retirement in 2017. Attorney Furlong was admitted to practice before all Courts of the State of New York since April 10, 1985 and has over twenty eight plus years of experience in all aspects of federal employment litigation.

a. Richard D, Furlong has represented labor organizations for over 25 years. His work has covered all aspects of traditional labor law, including: organizing drives, arbitration and agency hearings, negotiations and all related court proceedings.

b. Mr. Furlong's experience also includes counseling unions on non-traditional activities, including strategic campaigns, creative use of public relations, and other tactics geared toward empowering workers.

c. Mr. Furlong has participated as lead attorney on a related Unfair Labor Practice Charge filed with the National Labor Relations Board against Defendants. As such he provided valuable insight into this matter.

21. Joseph L. Guza is a partner in the firm of Lipsitz Green Scime Cambria LLP. Attorney Guza was admitted to practice before all Courts of the State of New York since February 21, 2013 and has six (6) years of experience in ERISA litigation matters.

a. Joseph Guza practices, inter alia, in the area of Labor and Employment and Employee Benefits law.

b. Since starting at Lipsitz Green Scime Cambria, Attorney Guza's practice has included ERISA related litigation matters at the firm.

c. In 2017 and 2018 Mr. Guza was named to Upstate New York Super Lawyers "Rising Stars" a distinction award to no more than 2.5 percent of attorneys in any state.

d. In the present case, Attorney Guza assisted in the research and preparation of the Plaintiffs motion for summary judgment.

22. Patrick Mackey, Esq. is a partner in the firm of Lipsitz Green Scime Cambria LLP. Attorney Mackey was admitted to practice before all Courts of the State of New York since 2007 and before all Courts of the State of Illinois since 2001.

a. Patrick Mackey concentrates in commercial litigation and practices in the areas of Business Litigation, Business Dissolution, Employment Litigation, and Construction Litigation.

b. In the present case, Attorney Mackey assisted in researching and preparing for the necessary papers to restore the case to docket in 2018.

23. Angela F. Borkowski is a paralegal at the firm of Lipsitz Green Scime Cambria LLP. Ms. Borkowski began working at the firm on August 20, 2013 and has five (5) years of experience in assisting with ERISA litigation related matters.

a. Angela F. Borkowksi, Paralegal, was hired as an intern at the firm in 2013 while attending Hilbert College for paralegal studies. She was hired part time after her internship concluded.

b. In her undergraduate studies, Ms. Borkowski took introduction classes in the areas of Employment Benefits and Labor Law, amongst others.

c. Ms. Borkowski graduated magna cum laude with a Bachelor of Science Degree in Legal Studies in 2014. She was hired full time in early 2015. Since her first day as an intern at our firm, Ms. Borkowski has been assisting myself, Attorney Stulmaker and Attorney Guza in supporting and researching ERISA related matters.

d. Ms. Borkowski is also, currently, studying to take the Law School Admissions Test.

e. In the present case, Ms. Borkowski has assisted in drafting correspondence, pleadings and discovery as well as client communications and other tasks delegated to her by Attorney Boreanaz.

f. Ms. Borkowski has worked under the direct supervision of Attorney Boreanaz.

## ATTORNEYS FEES

Plaintiffs have been, and are, incurring attorney's fees and costs with respect to the above referenced action. All of the legal services provided are described in the contemporaneous time records are annexed hereto as **Exhibit A-1**.

**a. Billing Procedures**

24. Descriptions of the legal work performed are entered into Lipsitz Green's computer system contemporaneously with the performance of the legal work and are maintained in the ordinary course of business by Lipsitz Green.

25. Each billing entry on the annexed time records was reviewed on a monthly basis before being submitted to Plaintiffs to determine that the time charges were accurate, reasonable and necessarily incurred in the prosecution of this action. Additionally, the billing entries were again reviewed in connection with this application

**b. Billing Rates**

26. The firm bills its client at specific rates per hour for all attorney work, *see* Exhibit A-3). For the purposes of this application, and pursuant to ERISA Section 502(g)(1), Plaintiffs seek an award at the:

a. 2013 ordinary rate of $205.00 per hour for Richard D. Furlong, Esq. ($305.00 less than that awarded by the Laffey Matrix for attorneys with comparable experience);

b. 2014 ordinary rate of $205.00 per hour for Richard D. Furlong, Esq. ($305.00 less than that awarded by the Laffey Matrix for attorneys with comparable experience); $220.00 per hour for Robert L. Boreanaz, Esq. ($290.00 less than

that awarded by the Laffey Matrix for attorneys with comparable experience); $230.00 per hour for Mark L. Stulmaker, Esq. ($280.00 less than that awarded by the Laffey Matrix for attorneys with comparable experience); and, $90.00 per hour for Angela F. Borkowski, paralegal ($55.00 less than that awarded by the Laffey Matrix for paralegals).

c. 2015 ordinary rate of $210.00 per hour for Richard D. Furlong, Esq. ($320.00 less than that awarded by the USAO Matrix for attorneys with comparable experience); $225.00 per hour for Robert L. Boreanaz, Esq. ($305.00 less than that awarded by the USAO Matrix for attorneys with comparable experience); $235.00 per hour for Mark L. Stulmaker, Esq. ($295.00 less than that awarded by the USAO Matrix for attorneys with comparable experience); $190.00 per hour for Joseph L. Guza, Esq. ($195.00 less than that awarded by the USAO Matrix for attorneys with comparable experience); and, $90.00 per hour for Angela F. Borkowski, paralegal ($64.00 less than that awarded by the USAO Matrix for paralegals).

d. 2016 ordinary rate of $220.00 per hour for Richard D. Furlong, Esq. ($323.00 less than that awarded by the USAO Matrix for attorneys with comparable experience); $235.00 per hour for Robert L. Boreanaz, Esq. ($308.00 less than that awarded by the USAO Matrix for attorneys with comparable experience); $245.00 per hour for Mark L. Stulmaker, Esq. ($298.00 less than that awarded by the USAO Matrix for attorneys with comparable experience); $200.00 per hour for Joseph L. Guza, Esq. ($132.00 less than that awarded by the USAO Matrix for attorneys with comparable experience); and $95.00 per hour for

Angela F. Borkowski, paralegal ($62.00 less than that awarded by the USAO Matrix for paralegals).

e. 2017 ordinary rate of $245.00 per hour for Robert L. Boreanaz, Esq. and John A. Collins, Esq. ($180.00 and $357.00 less than that awarded by the USAO Matrix for attorneys with comparable experience respectively); and $100.00 per hour for Angela F. Borkowski, paralegal ($64.00 less than that awarded by the USAO Matrix for paralegals).

f. 2018 ordinary rate of $255.00 per hour for Robert L. Boreanaz, Esq. and Patrick Mackey, Esq. ($317.00 and $289.00 less than that awarded by the USAO Matrix for attorneys with comparable experience respectively); $265.00 per hour for Mark L. Stulmaker, Esq. ($307.00 less than that awarded by the USAO Matrix for attorneys with comparable experience); $100.00 per hour for Angela F. Borkowski, paralegal ($64.00 less than that awarded by the USAO Matrix for paralegals).

g. 2019 ordinary rate of $265.00 per hour for Robert L. Boreanaz, Esq. and, $100.00 per hour for Angela F. Borkowski, paralegal ($66.00 less than that awarded by the USAO Matrix for paralegals).

27. The 2003-2014 Laffy Matrix, referred to in paragraph 28a-b herein, is attached hereto as Exhibit B.

28. The 2015-2019 USAO Attorney's Fees Matrix, referred to in paragraph 28c-g herein, is attached hereto as Exhibit C.

**c. Hours Expended**

29. The Plaintiffs' attorneys, paralegals and law clerks performed a total of 456.3 billable hours of work, *see* Exhibit A-4. Robert L. Boreanaz, Esq. performed 68.1 billable hours. Joseph L. Guza, Esq. performed 293.7 billable hours. Mark L. Stulmaker, Esq. performed .5 billable hours. John A. Collins, Esq. performed 2.2 billable hours. Richard D. Furlong, Esq. performed 8.6 billable hours. Patrick Mackey, Esq. performed 9.8 billable hours. Angela F. Borkowski, paralegal, performed 73.4 billable hours. **(*See,* Exhibit A-4).**

30. Where appropriate, hours were reduced prior to billing Plaintiff in this matter.

31. It is anticipated Plaintiffs' attorney Robert Boreanaz will perform 10 (ten) additional hours of work at the rate of $265.00 per hour, for a total of $2,650.00, to draft the reply to the instant motion.

**d. Total Attorney's Fees**

32. After adjusting the hourly rates in the manner described above, Plaintiffs calculate the amount due for services rendered by multiplying the hourly billing rates sought by the adjusted number of hours for which Plaintiffs seek reimbursement.

33. Based on the aforementioned ordinary hourly rates and hours worked, Plaintiffs incurred attorneys' fees in the amount of eighty one thousand sixty one dollars and fifty cents ($81,061.50), *see* Exhibit A-2.

34. Based on the aforementioned fees and anticipated hours, Plaintiffs total incurred attorneys' fees are in the amount of eighty three thousand seven hundred eleven dollars and fifty cents ($83,711.50), *see* Exhibit A-2 and *surpa* 31 & 33.

35. The role of Plaintiffs' Counsel in this litigation has been as follows: We served as counsel for the Plaintiffs', and in that capacity participated in all aspects of the litigation that occurred after February 25, 2015, *supra* 1. Our duties as Plaintiffs' counsel included the following:

a. Investigated facts, research legal issues and prepared pleadings, discovery requests, responses and dispositive motions and responses.

b. Coordinated and executed document review.

c. Prepared for and participated in mediation sessions.

d. Prepared for and participated in hearings and conferences with the Court.

e. Responded to inquiries from Plaintiffs' regarding their case.

f. Communication with the Court, among co-counsel, and attorney's representing the Defendants.

g. As Counsel for the Plaintiffs', we also performed other tasks too numerous and varied to set forth here and are sully set forth in the contemporaneous time records annexed hereto as Exhibit A-1.

**COSTS**

36. During the period of the inception of the case through the present, Plaintiffs' Counsel incurred costs in the sum of sixteen thousand nine hundred seventeen dollars and twenty four cents ($16,917.24) in connection with this litigation. This amount includes, but is not limited to, process service, expert services, telephone and facsimile charges, electronic research fees, copying, travel. *See* Exhibit A-2.

## CONCLUSION

37. To date, Plaintiffs have been billed, and now seek to recover a total of **$97,978.74**_in legal fees and costs in the instant matter, *supra 33 & 36.*

*38.* Plaintiffs also seek to recover anticipated attorney's fees in the amount of **$2,650.00**, *supra 31.*

Dated: August 2, 2019
Buffalo, New York

Robert L. Boreanaz, Esq.
Lipsitz, Green, Scime & Cambria LLP
Attorneys for Plaintiffs
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333 Ext. 343
rboreanaz@lglaw.com

Sworn to before me this 2
day August 2019

Angela F. Borkowski
Notary Public

ANGELA F. BORKOWSKI
Notary Public, State of New York
Qualified in Erie County
No. 01BO6336058
My Commission Expires January 25, 2020